IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In the Matter of:                        }
                                         }    Case No. 16-31464
Antonio Palmer                           }
                                         }    Chapter 13
                                         }
**Debtor(s)**                            }

**Pre-Confirmation Amendment and Notice of Amended Plan and/or Schedules**

1. Comes now the Debtor(s), Antonio Palmer, and hereby moves this Honorable Court to amend the Chapter 13 plan and/or schedules as follows:

2. **Amended Schedules**:

3. **Amended Plan**: Plan amended to surrender interest in property used as collateral to Quantum3 Group/Sterling Jewelers, adjusting specified monthly payments and increasing the debtor's payments to $425 bi-weekly.

4. **Amended Cram-Down Provisions**:

5. **IMPORTANT DATES**: Meeting of Creditors: July 14, 2016 at 1:30 p.m. in 341 Meeting of Creditors (Rm 105), FMJ Fed. Courthouse (Lee St. entrance), Montgomery, AL 36104. Confirmation of the Debtor(s) plan is scheduled for August 15, 2016 at 9:30 a.m. in Courtroom 4-C, United States Federal Courthouse, 1 Church Street, Montgomery, AL.

/s/ Vonda S. McLeod ASB-5507-D65V
*Attorney for Debtor*:
Vonda S. McLeod, Attorney at Law LLC
Post Office Box 3610
Montgomery, AL 36109
334-245-3610

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by

CM/ECF on this day July 19, 2016.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs
Quantum3 Group LLC, as agent for Sterling Jewelers
Po Box 788 Kirkland WA, 98083-0788